STEVEN H. STONE, Respondent, v. TIMOTHY F. ALLEN and Others, Appellants.— Order so far as appealed from modified by allowing items 13 to 18, inclusive, in subdivision (a) of the notice of motion, and by requiring the production only of the books and papers in the custody, possession and control of the plaintiff

---

* Affd., 267 N. Y. —.        † Modfd., 267 N. Y. —.

as relate to the subject of the examination, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.